IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Bridget C. Johnson** | : | CASE NO.: |
| 21 W. Routzong Dr. | | |
| Fairborn, OH  45324 | : | JUDGE: |
| | | |
| **Plaintiff,** | : | |
| | | |
| v. | : | |
| | | |
| **UNITED STATES OF AMERICA** | : | **COMPLAINT FOR PERSONAL** |
| c/o of Attorney General of the United States | | **INJURIES; FEDERAL TORT CLAIM** |
| **Department of the Air Force** | : | |
| 1690 Air Force Pentagon | | |
| Washington, DC 20330 | : | |
| | | |
| **Defendant.** | : | |

Plaintiff, Bridget C. Johnson, complaining of Defendant, the United States of America, alleges:

### COUNT ONE

1. This action arises under 28 U.S.C. § 2671 et seq.  The jurisdiction of this Court is based upon 28 U.S.C. § 1346.

2. Defendant is the United States of America, as liable for the acts complained of here of its agent, the Department of the Air Force of the United States of America.

3. Defendant, Air Force of the United States of America, owned, operated, and/or maintained Wright-Patterson Air Force Base located in the counties of Montgomery and Greene, State of Ohio.

4. On August 29, 2015, Plaintiff, Bridget C. Johnson was legally on the premises of Wright Patterson Air Force Base while working for Priority Building Services, a company that had been contracted by Wright Patterson Air Force Base to clean the premises.

5. On or about Saturday, August 29, 2015, at about 8:00 pm to 9:00 pm, Plaintiff, Bridget C. Johnson, was injured as a direct result of a fall that occurred when an iron gate fell on top of her, the proximate cause of which was a dangerous and hazardous condition created by Defendant, to exist, to wit: a broken iron gate hinge.

6. Defendant had a duty to maintain the iron gate to the pool area in a reasonably safe manner, to inspect the iron gate in a manner designed to discover dangerous and hazardous conditions, and to provide a warning to the public regarding the existence of dangerous and hazardous conditions.

7. Defendant was negligent in the operation, maintenance and care of the iron gate in that they unreasonably and unnecessarily created a dangerous and hazardous condition, to wit: a broken iron gate hinge.

8. Defendant was negligent in the operation, maintenance and care of the iron gate in that they failed to properly design, construct or erect caution signs or otherwise warn the public generally, and Plaintiff, Bridget C. Johnson, specifically, of hazardous conditions resulting from a broken iron gate hinge, and the dilapidated condition of the gate, which included a handle and lock that did not operate properly.

9. Defendant was negligent in that it failed to conduct any regular inspection of the iron gate, thereby failing to discover and correct/repair defective conditions of the iron gate to the pool area which presented a hazard to the public, generally and Plaintiff, Bridget C. Johnson, specifically.

10. As the proximate result of the negligence of Defendant, Department of the Air Force of the United States of America, Plaintiff, Bridget C. Johnson, sustained injuries and damages as follows:

> a. Severe and permanent injuries, including a concussion and a torn left medial meniscus, depression, and anxiety;
>
> b. Great pain and suffering both physical and emotional, and loss of ability to perform usual functions and will cause her further pain and suffering and loss of ability to perform usual functions in the future;
>
> c. Reasonable and necessary medical expenses in an amount in excess of $57,998.32, as well as further medical expenses to be incurred in the future;
>
> d. Loss of wages and earnings in excess of $95,360.00;
>
> e. Miscellaneous out of pocket expenses in an amount yet to be determined.

11. The aforesaid negligence of Defendant, Department of Air Force of the United States of America, was the direct and proximate cause of the injuries and damages to Plaintiff, Bridget C. Johnson.

12.   Plaintiff, Bridget C. Johnson, filed an administrative claim with the Department of the Air Force on August 1, 2017, and said claim was denied on February 19, 2019.

**WHEREFORE**, Plaintiff, Bridget C. Johnson, demands judgment for compensatory damages against Defendant, United States of America, pursuant to Plaintiff's submitted Standard Form 95, and such other and further relief that appears reasonable.

Respectfully submitted,

/s/ Kenneth J. Ignozzi
Kenneth J. Ignozzi (0055431)
Attorney for Plaintiff
Dyer, Garofalo, Mann, & Schultz
131 N. Ludlow Street, Suite 1400
Dayton, OH 45402
Tel:  (937) 223-8888; Fax:  (937) 824-8630
Email: kignozzi@dgmslaw.com