# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BRIDGET C. JOHNSON, | Case No. 3:19-cv-243 |
| Plaintiff, | District Judge Walter H. Rice |
| | Magistrate Judge Sharon L. Ovington |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT UNITED STATES OF AMERICA FOR LEAVE TO FILE AMENDED ANSWER

This matter is before the Court on the Unopposed Motion of Defendant United States of America for Leave to File Amended Answer. Pursuant to Fed. R. Civ. P. 15(a)(2), the Court "should freely give leave [to amend] when justice so requires." The Parties' deadline to move to amend the pleadings has not yet expired, and the Court finds that amendment is not foreclosed by futility, undue delay, bad faith, or undue prejudice. Therefore, without opposition from Plaintiff, and having found that justice so requires, the Court **GRANTS** the United States' Motion. (ECF No. 11). Within five (5) days of entry of this Order, the United States may amend the answer it filed on December 12, 2019 (ECF No. 10) to include the following language:

"**Twenty-Fifth Defense** 25. The United States is entitled to immunity under Ohio Constitution Art. II, § 35 and Ohio Rev. Code § 4123.74."

**IT IS SO ORDERED.**

_/s/ Walter H. Rice_
HON. WALTER H. RICE
United States District Judge