UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRIDGET C. JOHNSON,

    Plaintiff,

vs.

DEPARTMENT OF THE AIR FORCE,

    Defendant.

Case No. 3:19-cv-243

District Judge Michael J. Newman
Magistrate Judge Carolyn H. Gentry

---

## ORDER CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

June 7, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge